# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-1996

———————————————

Merle Richard Schmidt

*Plaintiff - Appellant*

v.

State of Iowa

*Defendant - Appellee*

————————

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

————————

Submitted: September 11, 2015
Filed: October 5, 2015
[Unpublished]

————————

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

————————

PER CURIAM.

Pursuant to 28 U.S.C. § 1441(d), Merle Schmidt removed state criminal proceedings against him to the district court,[1] which remanded the case to the state

———————————————

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

court.  Schmidt appeals.  After careful review, we conclude that we lack jurisdiction to review the remand order.  <u>See</u> 28 U.S.C. § 1447(d).

Accordingly, we dismiss this appeal for lack of jurisdiction.

_____